# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:07-cr-199-Orl-28KRS

**RAYMOND CUTTS, IV**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Roger Handberg |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Mark J. O'Brien |
| **COURT REPORTER:** | Sandy Tremel | **PRETRIAL/PROBATION:** | Sally Stanis |
| **DATE/TIME:** | February 22, 2008 11:30-12:10 p.m. | **INTERPRETER:** | None |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Counts One, Two, and Three of the Indictment.

IMPRISONMENT:   12 Months and One Day on each of Counts One, Two, and Three all such terms to run concurrent.

Court Recommends:   That the defendant participate in a drug rehabilitation program while incarcerated within the Bureau of Prisons.

Supervised Release:   3 years on each of Counts One, Two, and Three all such terms to run concurrent.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

   Participate in a program for treatment of narcotic addiction or drug or alcohol dependency.

   Community Service Program:   Perform 150 hours in lieu of paying a fine.

   Credit Card Condition:   Open no new credit, make no new large purchases, etc.

   Cooperate in the collection of DNA as directed by the Probation Officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $300.00.

Restitution:   $2,000.00 to FEMA .

Defendant is remanded to the custody of the U.S. Marshal.

Additional remarks:   Defendant is advised of right to appeal..